# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2007

134094-5 (122)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE SUAVÉ ALEXANDER STEPHENS,
ZAVONTE MARTELL STEPHENS,
and RAYMONI LOVE STURGIS, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

JENNIFER SABRINIA STEPHENS, a/k/a
JENNIFER SABRINA STEPHENS,
          Respondent-Appellant,

and

URIAN RAMON STURGIS,
          Respondent.
. _____

IN RE RAYMONI LOVE STURGIS, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

URIAN RAMON STURGIS,
          Respondent-Appellant,

and

SC: 134094
COA: 271015
Wayne CC
Family Division: 04-435191-NA

SC: 134095
COA: 271016
Wayne CC
Family Division: 04-435191-NA

JENNIFER SABRINIA STEPHENS, a/k/a
JENNIFER SABRINA STEPHENS,
           Respondent.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 29, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2007                              _____

d0724                                          Clerk